NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLURE HOME CREATION CO., INC., | Hon. Faith S. Hochberg |
| Plaintiff, | Civil No. 03-193 (FSH) |
| v. | |
| | **ORDER** |
| ZAK DESIGNS, INC. | |
| | Date: March 21, 2006 |
| Defendant. | |

**HOCHBERG, District Judge:**

This matter having come before the Court upon Plaintiff's Motion to Dismiss the Complaint and Defendant's Declaratory Judgment Counterclaims pursuant to Fed. R. Civ. P. 12(b)(1); and Plaintiff having filed a Covenant Not to Sue; and Defendant having communicated to the Court by way of letter dated March 8, 2006 that Defendant agrees that the Complaint should be dismissed with prejudice; and Defendant arguing, however, that (a) the dismissal of the Counterclaims should be without prejudice and that (b) Defendant is entitled to attorneys' fees and costs pursuant to 35 U.S.C. § 285;

**IT IS** on this 21st day of March 2006,

**ORDERED** that the Complaint is **DISMISSED** with prejudice; the parties shall submit a joint proposed order of dismissal no later than **March 31, 2006**; and it is further

**ORDERED** that each side shall submit a brief not to exceed 5 pages double-spaced addressing the issue of whether Defendant's Counterclaims shall be dismissed with or without

1

prejudice, no later than **March 31, 2006**; and it is further

      **ORDERED** that with respect to Defendant's request for attorneys' fees pursuant to 35 U.S.C. § 285, each side shall submit a brief not to exceed 10 pages double-spaced, no later than **March 31, 2006**; all factual bases proffered by the parties shall be stated in the 10-page submission; the Court will not consider any lengthy attachment or appendix to such submissions; such submission shall not be a factual submission tantamount to a trial submission or a summary judgment motion submission, but shall constitute Defendant's only statement of their request for attorneys' fees under 35 U.S.C. § 285.

                                              /s/ Faith S. Hochberg  
                                              **Hon. Faith S. Hochberg, U.S.D.J.**